MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5044
    Facsimile:  (408) 535-5081
    Email:  james.scharf@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **Case No. CV 11-05000**<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE CMC |

    To avoid multiple court appearances, the parties have stipulated to continue the Case Management Conference (currently set for November 29, 2011) to December 13, 2011, to be held, if necessary, immediately following the hearing on defendant's pending motion to dismiss.

    Dated: November 15, 2011

                                Respectfully submitted,

                                MELINDA HAAG
                                United States Attorney

                By:        /S/
                              JAMES A. SCHARF
                              Assistant United States Attorney
                              Attorney for Defendant

Stipulation and [~~Proposed~~] Order to Continue CMC
Case No. CV 11-05000

By: _____*
      Miguel Ilaw
      Plaintiff

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered:

The Case Management Conference is continued to December 13, 2011, to be held, if necessary, immediately following the hearing on defendant's pending motion to dismiss. The parties' CMC Statements shall be due on December 6, 2011.

Dated: November 38, 2011                 _____
                                            Hon. Paul Grewal
                                            United States Magistrate Judge

---

\*On November 15, 2011, at approximately 1:00 p.m., AUSA Scharf and Plaintiff Ilaw met and conferred by telephone regarding Case Management Conference Statement topics. During this telephonic meet and confer, Mr. Ilaw agreed to this stipulation and proposed order.

Stipulation and [Proposed] Order to Continue CMC
Case No. CV 11-05000                     2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**

**MIGUEL ILAW vs. UNITED STATES OF AMERICA**
**Case No. CV 11-05000**

to be served this date upon the party(ies) as follows:

√   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

**Miguel Ilaw**
**932 Pershing Ave.**
**San Jose, CA 95126**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November 2011, at San Jose, California.

/s/
_____
Mimi Lam
Legal Assistant