**E-filed on:** 2/27/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA. <br><br> Defendant. | No. 11-cv-5000 RMW <br><br> JUDGMENT |

On February 27, 2012, the court dismissed this action with prejudice. Therefore, it is hereby adjudged that plaintiff takes nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:     February 27, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-09-00315 RMW
CCL